## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  November 6, 2014                518839
_____

In the Matter of the Claim of
    STEPHEN J. PAOLINI,
                    Appellant.
                                      MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  September 16, 2014

Before:  Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ.

                    _____

        Stephen J. Paolini, Buffalo, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Gary
Leibowtiz of counsel), for respondent.

                    _____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed July 19, 2013, which, among other things, ruled that
claimant was ineligible to receive unemployment insurance
benefits because he was not totally unemployed.

        Decision affirmed.  No opinion.

        Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.




                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court